IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 1:11-00114-KD-C |
| ) | |
| SAM GECK, doing business as ) | |
| SAM GECK MASONRY, ) | |
| ) | |
| Defendant. ) | |

**JUDGMENT BY DEFAULT**

An entry of default having been entered by the Clerk of Court as to Defendant, Sam Geck, doing business as Sam Geck Masonry, on June 17, 2011, (Doc. 7), all in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, and counsel for Plaintiff having requested judgment against defaulted Defendant and having filed a proper unsworn declaration as to the amount due;

It is hereby ORDERED and ADJUDGED that pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, judgment is rendered in favor of Plaintiff, United States of America, and against Defendant, Sam Geck, doing business as Sam Geck Masonry, in the amount of $17,452.87 (composed of $12,800.00 principal; $160.00 prejudgment interest through April 30, 2010 [no additional prejudgment interest will accrue]; $256.00 penalty; $10.00 administrative costs; and $4,226.87 Financial Management Service and Department of Justice Fees; plus post judgment interest at the legal rate of 0.16% pursuant to the provisions of Title 28, United States Code, Section 1961, until paid in full, and court costs.

DONE and ORDERED this 22nd day of July, 2011.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE